# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DERRICK ORLANDO RAMSEY,<br>    Defendant.<br><br>Date of Previous Judgment: October 5, 2009<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No.: <u>3:06-cr-205</u><br>) USM No.: <u>39905-083</u><br>)<br>)<br>) Robert J. Wagner<br>   Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:

    ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 87 months is **reduced to <u>time served</u>**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | <u>21</u> | Amended Offense Level: | <u>17</u> |
| Criminal History Category: | <u>VI</u> | Criminal History Category: | <u>VI</u> |
| Previous Guideline Range: | <u>77-96</u> | Amended Guideline Range: | <u>51-63 (mm 60)</u> |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ Pursuant to USSG § 1B1.10(b)(2)(B), the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated <u>September 11, 2006</u> shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    <u>October 28, 2011</u>

                                                /s/
                          James R. Spencer
                          Chief United States District Judge

Effective Date: <u>**November 1, 2011**</u>
               (if different from order date)